UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x
                                                                      :
ADIAHA A RUANE,                                                       :
                                                                      :   Case No.:17-cv-03704
                                            Plaintiff,                :
                                                                      :
                        -against-                                     :
                                                                      :
BANK OF AMERICA, N.A. and                                             :
CHEX SYSTEMS, INC.                                                    :
                                                                      :
                                            Defendants.               :
---------------------------------------------------------------------- x

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that defendant, BANK OF AMERICA, N.A., hereby appears in

the above entitled action and that the undersigned has been retained as attorney for BANK OF

AMERICA, N.A., and demands that a copy of all papers in the above entitled action be served upon

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP at 1133 Westchester Avenue, White

Plains, NY 10604.

Dated:  White Plains, New York
        September 6, 2017
                                            Yours, etc.,

        **WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

                            By:   _/s/ Alex Chase_____
                                  Alex J. Chase
                                  Attorneys for Defendant,
                                  BANK OF AMERICA, N.A.,
                                  1133 Westchester Avenue
                                  White Plains, NY 10604
                                  (914) 323-7150
                                  Alex.chase@wilsonelser.com

6673929v.1

TO:

Brian L. Bromberg
Bromberg Law Office, P.C.
26 Broadway, 21st Floor
New York, NY 10004

Eve Weissman
New Economy Project
121 West 27th Street, #804
New York, NY 10001

*Attorneys for the Plaintiff*