
20170828104610

| AO 440 (Rev. 06/12) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|
| SERVICE OF: **SUMMONS, CIVIL COVER SHEET, COMPLAINT** <br> EFFECTED (1) BY ME: *Michael VanKeuren* <br> TITLE: **PROCESS SERVER** | DATE: *August 28, 2017  2:50 PM* |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant

BANK OF AMERICA, N.A.   *Mayya McCarthy – Operations Manager*

Place where served:

100 NORTH TRYON STREET   CHARLOTTE  NC  28202

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant _____

Description of Person Accepting Service:

SEX: *F*   AGE: *35*   HEIGHT: *5'8"*   WEIGHT: *150*   SKIN: *White*   HAIR: *Brown*   OTHER: ____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

---

**STATEMENT OF SERVER**

TRAVEL $ _____ . ____          SERVICES $ _____ . ____          TOTAL $ _____ . ____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: *8 / 28 / 2017*            *Michael VanKeuren* L.S.

SIGNATURE OF *Michael VanKeuren*
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:   BRIAN L. BROMBERG, ESQ.
PLAINTIFF:   ADIAHA A. RUANE
DEFENDANT: BANK OF AMERICA, N.A., ET AL
VENUE:     DISTRICT
DOCKET:    1 17 CV 03704 PKC PK
COMMENT:



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-CV-3704

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Bank of America, N.A.**
was received by me on *(date)* **Aug. 28, 2017**

☐ I personally served the summons on the individual at *(place)*
  on *(date)*  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
  , a person of suitable age and discretion who resides there,
  on *(date)*  , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Mayya McCarthy - Operations Mgr**, who is
  designated by law to accept service of process on behalf of *(name of organization)* **Bank of America**
  **100 North Tryon St, Charlotte, N.C.** on *(date)* **8-28-17 2:50 pm** ; or

☐ I returned the summons unexecuted because  ; or

☐ Other *(specify)*:

My fees are $ ___ for travel and $ ___ for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **8-28-17**

*Michael VanKeuren*
Server's signature

**Michael VanKeuren - Process Server**
Printed name and title

**913 Coach House Place, Concord, N.C. 28027**
Server's address

Additional information regarding attempted service, etc: