

Alex J. Chase, Esq.
(914) 872-7150
alex.chase@wilsonelser.com

September 13, 2017

*Via ECF & First Class Mail*

Honorable Pamela K. Chen, U.S.D.J.
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    Ruane v. Bank of America, N.A., et al.
           Index No. 17-cv-03704 (PKC)
           Our File No. 19257.00093

Dear Judge Chen:

This firm is counsel for defendant Bank of America, N.A. ("Defendant" or "BANA") in the above referenced litigation. Please allow this correspondence to serve as a request on consent to extend the existing deadline for BANA to respond to Plaintiff's Complaint from September 18, 2017 to October 16, 2017. This request has been approved by Brian Bromberg, Esq., one of the attorneys of record for plaintiff, Adiaha Ruane.

We thank the Court for its kind consideration of the foregoing.

                              Respectfully submitted,

                         WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

                                             Alex J. Chase

cc: All Counsel of Record (via ECF)

1133 Westchester Avenue • White Plains, NY 10604 • p 914.323.7000 • f 914.323.7001

Albany • Austin • Baltimore • Beaumont • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston • Kentucky • Las Vegas • London
Los Angeles • Miami • Michigan • Milwaukee • New Jersey • New Orleans • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Virginia
Washington, DC • West Palm Beach • White Plains

wilsonelser.com

6681772v.1