UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------- X
ADIAHA A. RUANE,                                        :
                                                        :  No. 17-CV-3704 (PKC)(PK)
                          Plaintiff,                    :
     - against –                                        :  **CHEX SYSTEMS, INC.'S**
                                                        :  **CORPORATE DISCLOSURE**
BANK OF AMERICA, N.A. and CHEX                          :  **STATEMENT**
SYSTEMS, INC.,                                          :
                                                        :
                          Defendants.                   :
------------------------------------------------------- X

      Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Chex Systems, Inc. hereby discloses that it is a Minnesota corporation and a wholly-owned subsidiary of eFunds Corporation. eFunds Corporation is a Delaware corporation and a wholly-owned subsidiary of Fidelity National Information Services, Inc. ("FIS").  FIS is a publicly-held Georgia corporation that trades on the New York Stock Exchange under the symbol "FIS."  No publicly-held corporation holds ten percent or more of FIS's stock.

Dated: September 19, 2017
       New York, New York

                                              **FOX ROTHSCHILD LLP**

                                    By: /s/ John A. Wait
                                          John A. Wait, Esq.
                                          Alexandra L. Sobol, Esq.
                                          101 Park Avenue, 17th Floor
                                          New York, NY 10178
                                          212-878-7900
                                          JWait@foxrothschild.com
                                          ASobol@foxrothschild.com