UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ADIAHA A RUANE,

                     Plaintiff,

                                                      Civil Action No.: 17-cv-03704

     -against-

BANK OF AMERICA, N.A., and
CHEX SYSTEMS, INC.,

                    Defendants.
-----------------------------------------------------------------x

## CORPORATE DISCLOSURE OF AFFILIATIONS & FINANCIAL INTERESTS

      Defendant, Bank of America, N.A., by its attorneys Wilson Elser Moskowitz Edelman & Dicker LLP, respectfully states as and for its Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1, as follows:

      1.     Bank of America, N.A. is wholly owned by BANA Holding Corporation ("BANA Holding").

      2.     BANA Holding is in turn wholly owned by BAC North America Holding Company ("BACNAH").

      3.     BACNAH is in turn wholly owned by NB Holdings Corporation ("NB Holdings).

      4.     NB Holdings is in turn wholly owned by Bank of America Corporation, which is the only one of the aforementioned entities that is publicly traded.

Dated:     September 19, 2017
           White Plains, New York

                                              Respectfully submitted,

                                              **WILSON ELSER MOSKOWITZ**
                                              **EDELMAN & DICKER LLP**
                                              *Attorneys for Defendant Bank of America, N.A.*

                                              */s/ Alex Chase*
                                            By: Alex J. Chase
                                            1133 Westchester Avenue
                                            White Plains, New York 10604
                                            Tele:   (914) 323-7150
                                            Alex.chase@wilsonelser.com