## CERTIFICATE OF SERVICE

STATE OF NEW YORK                          )
                                           ) ss.:
COUNTY OF WESTCHESTER                       )

I, Christine Shannon being sworn, say:

I am not a party to the action, am over the age of 18 years of age and am employed in Westchester, New York.

On September 20, 2017, I served the within **CORPORATE DISCLOSURE OF AFFILIATIONS & FINANCIAL INTERESTS** via ECF and by depositing a true copy thereof enclosed in a postpaid wrapper, in an official depository under the exclusive care and custody of Federal Express within New York State, addressed to each of the following persons at the last known address set forth after each name:

TO:    Brian Blomberg
       Bromberg Law Office, P.C.
       26 Broadway, 21st Floor
       New York, NY 10004

       Eve Weissman
       New Economy Project
       121 West 27th Street, #804
       New York, NY 10001
       *Attorneys for Plaintiff*

_____
Christine Shannon

Sworn to before me this
20th day of September, 2017

_____
Notary Public
**Stacey A. Colombino**
**Notary Public State of New York**
**No. 01CO6107410**
**Qualified in Westchester County**
**Commission Expires March 20, 2020**

6690699v.1