UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
ADIAHA A. RUANE,  :  Civil Action No.: 17-CV-3704
  :
                Plaintiff,  :
  :
        -against-  :  Assigned to:
  :  Magistrate Judge Peggy Kuo
BANK OF AMERICA, N.A. and CHEX SYSTEMS, INC.,  :
  :
               Defendants.  :
  :
------------------------------------------------------------------- X

## NOTICE OF MOTION TO STRIKE JURY DEMAND

**PLEASE TAKE NOTICE** that, pursuant to Rule 12 of the Federal Rules of Civil Procedure, and the Individual Practices of the Honorable Pamela K. Chen, upon the accompanying Affidavit of Tom R. Jordan, dated November 2, 2017, all of the exhibits annexed thereto, and the accompanying Memorandum of Law, Defendant Bank of America N.A., will move this Court, before the Honorable Pamela K. Chen, on a date and time to be decided by the Court, at the United States District Court for the Eastern District of New York, located at 225 Cadman Plaza E, New York, NY 11201, pursuant to Rule 39(a)(2) of the Federal Rules of Civil Procedure for an Order striking Plaintiff's jury demand and for such other and further relief as the Court deems just, equitable and proper.

6760191v.1

Dated: White Plains, New York
November 6, 2017

                        Respectfully submitted,
                        WILSON, ELSER, MOSKOWITZ,
                        EDELMAN & DICKER LLP

By:   */s/ Alex Chase*
       Alex J. Chase
       1133 Westchester Ave.
       White Plains, NY 10604
       *Attorneys for Bank of America, N.A.*
       Tel.: (914) 323-7000
       Fax: (914) 323-7001
       Email: alex.chase@wilsonelser.com

TO:

Brian L. Bromberg
Bromberg Law Office, P.C.
26 Broadway, 21st Floor
New York, NY 10004

Eve Weissman
New Economy Project
121 West 27th Street, #804
New York, NY 10001

*Attorneys for Plaintiff*

John A. Wait
Fox, Rothschild Law Firm
100 Park Avenue, Suite 1500
New York, NY 10017

*Attorneys for Defendant Chex Systems, Inc*