## AFFIDAVIT OF SERVICE

**STATE OF NEW YORK**         )
                              ) SS.:
**COUNTY OF WESTCHESTER**     )

I, STACEY COLOMBINO, being sworn, say:

I am not a party to the action, am over the age of 18 years of age and reside in Westchester County, New York.

On November 6, 2017, I served the within **DEFENDANT, BANK OF AMERICA, N.A.'S ANSWER TO COMPLAINT** via ECF and by depositing a true copy thereof enclosed in a postpaid wrapper, in an official depository under the exclusive care and custody of Federal Express within New York State, addressed to each of the following persons at the last known address set forth after each name:

TO:

Brian L. Bromberg
Bromberg Law Office, P.C.
26 Broadway, 21st Floor
New York, NY 10004

Eve Weissman
New Economy Project
121 West 27th Street, #804
New York, NY 10001

*Attorneys for Plaintiff*

John A. Wait
Fox, Rothschild Law Firm
100 Park Avenue, Suite 1500
New York, NY 10017

*Attorneys for Defendant Chex Systems, Inc*

Stacey Colombino

Sworn to before me this
6 day of November, 2017

LALIT K. LOOMBA
Notary Public, State of New York
No. 60-5006806
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires Jan. 11, 20_19_

6758092v.2

30