UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ADIAHA A. RUANE,

                         Plaintiff,

    - v -

BANK OF AMERICA, N.A. and
CHEX SYSTEMS, INC.,


                        Defendants.
-------------------------------------------------------------x

**INITIAL CONFERENCE ORDER**

17 CV 3704 (PKC) (PK)

      The above numbered matter having been referred to the undersigned for pretrial supervision and the preparation of the scheduling order required by Rule 16(b) of the Federal Rules of Civil Procedure, an Initial Conference will be held at 10:30 a.m. on December 14, 2017 before Magistrate Judge Peggy Kuo in the United States Courthouse, Courtroom 11C South, 225 Cadman Plaza East, Brooklyn, New York 11201.

      Attorneys for all parties are directed to appear in person for the conference.  Counsel for Plaintiff(s) should confirm with counsel for Defendant(s) that all necessary participants are aware of this conference.

      Pursuant to the undersigned's Individual Practice Rules, requests for adjournments of this or any other conference will not be considered unless made at least **two (2) business days** before the scheduled conference, except in the event of an emergency.

      Prior to the Initial Conference, counsel must comply with Federal Rule of Civil Procedure 26(f).  Counsel must meet and confer at least **five (5) business days** before the Initial Conference to discuss the matters specified in Federal Rule of Civil Procedure 26.  To facilitate the discussion, counsel must complete the attached Rule 26(f) Conference Checklist and bring a copy to the Initial Conference.  Counsel must also discuss (1) the scope of any anticipated electronic discovery, the preservation of electronically stored data, and the cost of locating, maintaining, and producing that data, and (2) whether any party will rely upon expert testimony, and if so, the proposed schedule for expert discovery.  Together, counsel must complete the attached proposed Initial Scheduling Order and file it on ECF <u>in advance</u> of the Initial Conference.  The Court will consider the suggested deadlines and enter an appropriate Scheduling Order.

At the Initial Conference, counsel must be fully prepared to discuss this action and any issues relating to the case, including jurisdiction, venue, John/Jane Doe parties, schedules for discovery and for trial, and settlement. Only counsel with knowledge of the case should attend the conference; *per diem* counsel should not appear.

All cases with counsel have been assigned to the Court's ECF system. The parties must file all future submissions electronically. It is the responsibility of the parties to monitor regularly the status of their cases to avoid missing deadlines and court appearances. Counsel must update the Court's records with any change of contact information so that they will receive all Court notices.

**SO ORDERED:**

*Peggy Kuo*
PEGGY KUO
United States Magistrate Judge

Dated: Brooklyn, New York
November 8, 2017