## **CERTIFICATE OF SERVICE**

Alex J. Chase, an attorney duly admitted to practice law before this Court, hereby certifies that on the 20th day of December, 2017, I caused a true and correct copy of the foregoing Reply [Docket No. 24] to be served via the Court's ECF System upon the following other interested parties:

Brian L. Bromberg
Bromberg Law Office, P.C.
26 Broadway, 21st Floor
New York, NY 10004
brian@brianbromberg.com

Eve Weissman
New Economy Project
121 West 27th Street, #804
New York, NY 10001
eve@neweconomynyc.org

*Attorneys for Plaintiff*

John A. Wait
Alexandra L. Sobol
Fox, Rothschild Law Firm
100 Park Avenue, Suite 1500
New York, NY 10017
jwait@foxrothschild.com
asobol@foxrothschild.com

*Attorneys for Defendant Chex Systems, Inc*

Dated: White Plains, New York
       December 22, 2017

/s/ Alex J. Chase
Alex J. Chase

6829888v.1