UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

ADIAHA A. RUANE,

                      Plaintiff,

      -against-

BANK OF AMERICA, N.A. and CHEX SYSTEMS, INC.,

                     Defendants.

------------------------------------------------------------------x

Civil Action No.: 17-CV-3704

NOTICE OF APPEARANCE

**TO:** **The Clerk of Court and All Parties of Record:**

    **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel of record for the defendant, Bank of America, National Association. I certify that I am admitted to practice in this Court. Please direct all further notice and copies of pleadings, papers, and other material relevant to this action to Constantine Despotakis or Constantine.Despotakis@wilsonelser.com.

Dated:   White Plains, New York
           December 22, 2017

                                      Respectfully submitted,

                      WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

                      By: /s/ Constantine A. Despotakis
                          Constantine A. Despotakis
                          *Attorneys for Defendant Bank of America, N.A.*
                          1133 Westchester Avenue
                          White Plains, New York 10604
                          Tel: (914) 323-7000
                          Constantine.Despotakis@wilsonelser.com

6831222v.1

VIA ECF:

TO:

    Brian L. Bromberg
    Bromberg Law Office, P.C.
    26 Broadway, 21st Floor
    New York, NY 10004
    brian@brianbromberg.com


    Eve Weissman
    New Economy Project
    121 West 27th Street, #804
    New York, NY 10001
    eve@neweconomynyc.org

    *Attorneys for Plaintiff*

    John A. Wait
    Alexandra L. Sobol
    Fox, Rothschild Law Firm
    100 Park Avenue, Suite 1500
    New York, NY 10017
    jwait@foxrothschild.com
    asobol@foxrothschild.com

    *Attorneys for Defendant Chex Systems, Inc*

6831222v.1