

April 3, 2018

VIA ECF
Honorable Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Ruane v. Bank of America, N.A. and Chex Systems, Inc.*,
               1:17-cv-03704-PKC-PK

Dear Judge Kuo:

The undersigned, along with Bromberg Law Office, P.C., represents Plaintiff in the above-referenced litigation. Please allow this letter to serve as a request on consent to extend Plaintiff's deadline to add parties and amend the Complaint, from April 9, 2018 to May 19, 2018. Counsel for both Defendants consent to this request. This is Plaintiff's first request to extend this deadline, and is made as Defendants are in the process of supplementing their discovery responses; in addition, Plaintiff intends to add another consumer reporting agency as a defendant in this case, but is awaiting the consumer reporting agency's response to Plaintiff's dispute.

Sincerely,
*/s/ Eve Weissman*

Eve Weissman, Esq.

CC: All counsel of record (via ECF)