UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
ADIAHA A RUANE,

                              Plaintiff,

      -against-

BANK OF AMERICA, N.A. and
CHEX SYSTEMS, INC.

                            Defendants.
------------------------------------------------------------------------ x

Case No.:17-cv-03704 (PKC)(PK)

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that defendant, BANK OF AMERICA, N.A., hereby appears in the above entitled action and that the undersigned has been retained as attorney for BANK OF AMERICA, N.A., and demands that a copy of all papers in the above entitled action be served upon WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP at 1133 Westchester Avenue, White Plains, NY 10604.

Dated: White Plains, New York
       April 16, 2018

                                          Yours, etc.,

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

                                  By:  */s/ Aaron Weissberg*
                                         Aaron Weissberg
                                         Attorneys for Defendant
                                         BANK OF AMERICA, N.A.
                                         1133 Westchester Avenue
                                         White Plains, NY 10604
                                         Tel: (914) 872-7189
                                         aaron.weissberg@wilsonelser.com

7001760v.1

TO:

    Brian L. Bromberg
    Bromberg Law Office, P.C.
    26 Broadway, 21st Floor
    New York, NY 10004
    *Attorneys for the Plaintiff*

    Eve Weissman
    New Economy Project
    121 West 27th Street, #804
    New York, NY 10001
    *Attorneys for the Plaintiff*

    Alexandra L. Sobol
    Fox Rothschild LLP
    100 Park Avenue, 15th Fl.
    New York, NY 10017
    *Attorneys for Defendant Chex Systems, Inc.*

    John A. Wait
    Fox Rothschild LLP
    101 Park Avenue
    17th Floor
    New York, NY 10178
    Attorneys for Defendant Chex Systems, Inc.

7001760v.1