

Constantine A. Despotakis
Partner
Tel.914.872.7144

April 17, 2018

VIA ECF
Honorable Peggy Kuo
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

### LETTER MOTION FOR ADJOURNMENT

Re:  Adiaha A. Ruane v. Bank of America, N.A. and Chex Systems, Inc.
     Civil Action No. 17-CV-3704 (PKC) (PK)

Dear Judge Kuo:

We are the attorneys for defendant, Bank of America, N.A., in this action.

In accordance with Your Honor's order dated April 17, 2018, I contacted all parties and the mutually agreeable upon date and time for the conference call with the court to adjourn the settlement conference and settlement statement dates is April 18, 2018 between 9am and 12 noon.

We await further instruction from the court and we thank the Court for your kind consideration of this urgent request.

Respectfully Submitted,

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP

Constantine A. Despotakis

cc:  Via ECF and Email

1133 Westchester Avenue • White Plains, NY 10604 • p 914.323.7000 • f 914.323.7001

Albany • Baltimore • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston • Kentucky • Las Vegas • London • Los Angeles • Miami • Michigan
Milwaukee • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Virginia • Washington, DC • West Palm Beach • White Plains

wilsonelser.com

7005001v.1



Brian Bromberg
Eve Weissman
Susan Shin
John A. Wait
Alexandra L. Sobol

1133 Westchester Avenue • White Plains, NY 10604 • p 914.323.7000 • f 914.323.7001

Albany • Baltimore • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston • Kentucky • Las Vegas • London • Los Angeles • Miami • Michigan
Milwaukee • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Virginia • Washington, DC • West Palm Beach • White Plains

wilsonelser.com

7005001v.1