**BROMBERG LAW OFFICE, P.C.**

Brian L. Bromberg (Admitted in NY, NJ & CA)　　　　　　　　　　26 Broadway, 21st Floor
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10004
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Phone: (212) 248-7906
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax:　 (212) 248-7908

April 18, 2018

<u>Via ECF</u>
Honorable Peggy Kuo, U.S.M.J.
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

　　Re:　*Ruane v. Bank of America, N.A. and Chex Systems, Inc.*
　　　　　EDNY Case No. 17-CV-3704 (PKC)(PK)

Dear Judge Kuo:

My office, together with co-counsel, represents the plaintiff, Adiaha Ruane, in the above-referenced case against the defendants, Bank of America, N.A. and Chex Systems, Inc.

I am writing on behalf of all parties to request that Your Honor reschedule the settlement conference currently scheduled for May 18, 2018 to May 21, 2018 at 2:00 p.m. I am making this request because the parties' attorneys have conferred with each other and with their clients and the only date and time everyone is available – within the dates and times discussed this morning – is May 21, 2018 at 2:00 p.m.

Respectfully,


/s/ Brian L. Bromberg
Brian L. Bromberg

　　cc:　All Attorneys of Record (Via ECF)