AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| Adiaha A. Ruane | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:17-cv-03704-PKC-PK |
| Bank of America, N.A. and Chex Systems, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff                                                                                      .

Date:     05/15/2018

/s/ Susan Shin
*Attorney's signature*

Susan Shin (SS 5494)
*Printed name and bar number*

New Economy Project
121 W. 27th Street, Suite 804
New York, NY 10001

*Address*

susan@neweconomynyc.org
*E-mail address*

(212) 680-5100
*Telephone number*

(212) 925-2092
*FAX number*