

May 30, 2018

<u>VIA ECF</u>
Honorable Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Ruane v. Bank of America, N.A. and Chex Systems, Inc.,*
               *1:17-cv-03704-PKC-PK*

Dear Judge Kuo:

The undersigned, along with Bromberg Law Office, P.C., represents Plaintiff in the above-referenced litigation. Please allow this letter to serve as a request on consent to extend Plaintiff's current deadline to add parties and amend the Complaint, from June 1, 2018 to July 2, 2018. Counsel for both Defendants consent to this request. This is Plaintiff's second request to extend Plaintiff's deadline to amend, and is made in the interest of keeping costs to a minimum as Defendants are in the process of supplementing their discovery responses.

Sincerely,
*/s/ Eve Weissman*

Eve Weissman, Esq.

CC: All counsel of record (via ECF)