

September 4, 2018

VIA ECF
Honorable Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Ruane v. Bank of America, N.A., Chex Systems, Inc., and Early Warning Services, LLC*, 1:17-cv-03704-PKC-PK

Dear Judge Kuo:

The undersigned, along with Bromberg Law Office, P.C., represents Plaintiff in the above-referenced litigation. Please allow this letter to serve as a request on consent to extend Plaintiff's current deadline to respond to Defendant Bank of America, N.A. ("BANA")'s renewed motion to compel from September 7, 2018 (as set by the Court's September 4, 2018 order) to September 12, 2018; and to extend BANA's deadline to reply from September 10, 2018 to September 14, 2018. Counsel for BANA consents to this request. This is Plaintiff's first request to extend the deadlines to respond and reply to BANA's renewed motion to compel. This request is made due to other pressing litigation matters, as well as the upcoming Rosh Hashanah holiday.

Because of the upcoming Rosh Hashanah holiday, BANA has also requested an extension of its deadline to respond to Plaintiff's pending discovery letter-motion from September 10, 2018 to September 14, 2018. Plaintiff consents to this request.

Sincerely,
*/s/ Eve Weissman*

Eve Weissman, Esq.

CC: All counsel of record (via ECF)

121 W 27TH ST, SUITE 804, NEW YORK, NY 10001  |  TEL: 212.680.5100  |  NEWECONOMYNYC.ORG