

**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

**Constantine A. Despotakis**
Partner
Tel.914.872.7144

September 17, 2018

***VIA ECF***
Honorable Peggy Kuo
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: Adiaha A. Ruane v. Bank of America, N.A., Chex Systems, Inc.,
      and Early Warning Services, LLC
      Civil Action No. 17-CV-3704 (PKC) (PK)

Dear Judge Kuo:

  As you may recall, we are the attorneys for defendant, Bank of America, N.A., in this matter.

  Our client takes no position regarding the motion dismiss plaintiff's complaint that has been filed by co-defendant Early Warning Services and scheduled for pre-motion conference before the court tomorrow, September 18, 2018. Accordingly, we do not anticipate appearing tomorrow unless the court may so order for any particular reason.

              Respectfully submitted,

              WILSON ELSER MOSKOWITZ
              EDELMAN & DICKER LLP

              Constantine A. Despotakis

cc: Via ECF
   Brian Bromberg
   Eve Weissman
   Susan Shin
   John A. Wait
   Alexandra L. Sobol

1133 Westchester Avenue • White Plains, NY 10604 • p 914.323.7000 • f 914.323.7001

Albany • Baltimore • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston • Kentucky • Las Vegas • London • Los Angeles • Miami • Michigan
Milwaukee • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Virginia • Washington, DC • West Palm Beach • White Plains

wilsonelser.com

7234788v.1