Troutman Sanders LLP
1001 Haxall Pt.
Richmond, VA 23229

troutman.com



**Meagan A. Mihalko**
meagan.mihalko@troutman.com

September 21, 2018

**VIA ECF**

The Honorable Pamela K. Chen
225 Camden Plaza East
Brooklyn, New York 11201
Courtroom: 4F
Chambers: N 631

Re:   *Ruane v. Bank of America, N.A., et al.*
      Civil Action No.: 1:17-cv-03704
      <u>Joint Proposed Briefing Schedule for Early Warning Services LLC's
      Motion to Dismiss</u>

Dear Judge Chen:

      Pursuant to the Court's Minute Entry and Order on September 19, 2018, Plaintiff Adiaha Ruane ("Plaintiff") and Defendant Early Warning Services, LLC ("Defendant") propose the following briefing schedule for Defendant's Motion to Dismiss:

- By October 15, 2018, Defendant will serve its Motion to Dismiss;

- By November 6, 2018, Plaintiff will serve its response to Defendant's Motion to Dismiss;

- By November 20, 2018, Defendant may serve its reply and the parties will electronically file their completed briefs with the Court.

      We thank Your Honor for your consideration of this matter.

      Respectfully Submitted,

      */s/ Meagan A. Mihalko*

      Meagan A. Mihalko


cc:   All Counsel of Record (via ECF)