Troutman Sanders LLP
600 Peachtree Street NE, Suite 3000
Atlanta, GA  30308-2216

troutman.com



**Cindy D. Hanson**
cindy.hanson@troutman.com

October 15, 2018

**VIA FEDEX AND EMAIL**

Eve Weissman
Susan Shin
New Economy Project
121 West 27th Street, #804
New York, NY 10001
eve@neweconomynyc.org
susan@neweconomynyc.org

Brian L. Bromberg
Bromberg Law Office, P.C.
26 Broadway
21st Floor
New York, NY 10004
brian@brianbromberg.com

> **Re:** *Ruane v. Bank of America, N.A. et al.*, No. 1:17-cv-03704 (PKC) (PK)
> Defendant Early Warning Services, LLC's Motion to Dismiss

Dear Counsel:

      This firm represents Defendant Early Warning Services, LLC ("EWS") in the above-referenced proceeding.  In accordance with Judge Chen's Individual Practices, enclosed please find EWS' Notice of Motion to Dismiss and Memorandum in Support of Motion to Dismiss.

**Eve Weissman**
October 15, 2018
Page 2



---

                                         Sincerely,

                                         <u>/s/ Cindy D. Hanson</u>
                                         Cindy D. Hanson

Encls.

cc:      Clerk for the United States District Court for the Eastern District of New York