

October 26, 2018

VIA ECF
Honorable Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      **Re:**   *Ruane v. Bank of America, N.A., Chex Systems, Inc., and Early Warning Services, LLC*, **1:17-cv-03704-PKC-PK**

Dear Judge Kuo:

The undersigned, along with Bromberg Law Office, P.C., represents Plaintiff in the above-referenced litigation. Please allow this letter to serve as a request on consent to extend Plaintiff's current deadline to respond to Defendant Early Warning Services, LLC ("EWS")'s motion to dismiss from November 6, 2018 (as set by the Court's September 25, 2018 order) to November 20, 2018 and to extend EWS's deadline to reply from November 20, 2018 to December 4, 2018. Counsel for EWS consents to this request. This is Plaintiff's first request to extend the deadlines to respond and reply to EWS's motion to dismiss. This request is made in light of Plaintiff's counsels' travel schedules and the fact that Plaintiff is simultaneously working diligently to move discovery forward in this case with all three corporate defendants. Plaintiff is also in the process of reviewing the September 26, 2018 hearing transcript, which became available October 22, 2018, to inform ongoing discovery discussions with defendant Bank of America, N.A.

Sincerely,
/s/ Eve Weissman

Eve Weissman, Esq.

CC: All counsel of record (via ECF)