**Subject:** RE: Ruane -- Any word from your client?
**From:** "Hanson, Cindy D." <Cindy.Hanson@troutman.com>
**Date:** 11/13/2018, 1:30 PM
**To:** "brian.bromberg@gmail.com" <brian.bromberg@gmail.com>
**CC:** Susan Soojin Shin <susan@neweconomynyc.org>, Eve Elizabeth Weissman <eve@neweconomynyc.org>

Brian,

EWS does not consent to Ms. Ruane filing another amended complaint. First, we do not think there are any provable facts that can be added that would cure the deficiencies in the complaint. Any additional facts would be speculative. Second, Plaintiff has already had her chance to fix the deficiencies in the complaint through the Court's pre-motion conference procedure, but declined the opportunity. EWS filed a letter motion requesting a pre-motion conference on its motion to dismiss on August 13. Then, the Court held a lengthy hearing to discuss the complaint and the basis for EWS' motion on September 18. Any amendment should have occurred then. Proposing it months after we pointed out the deficiencies in the complaint defeats the purpose of the pre-motion conference and renders the time spent on the pre-motion conference and briefing the motion wasted. *DigitAlb, Sha.a v. Setplex, LLC*, 284 F. Supp. 3d 547, 557 (S.D.N.Y. 2018) ("A fundamental purpose of a pre-motion conference is to discuss potential defects in pleadings and to obviate successive pleadings.").

EWS continues to believe it has no liability in this matter and does not wish to see it drawn out even longer.

Cindy

### Cindy D. Hanson
**troutman sanders**
Direct: 404.885.3830 | Mobile: 404.226.0886
cindy.hanson@troutman.com

☐ · · · · · · · · · · · · · · · · · · · · · · · · · · · · ☐ -

**From:** Brian L. Bromberg <brian.bromberg@gmail.com>
**Sent:** Friday, November 9, 2018 9:15 PM
**To:** Hanson, Cindy D. <Cindy.Hanson@troutman.com>
**Cc:** Susan Soojin Shin <susan@neweconomynyc.org>; Eve Elizabeth Weissman <eve@neweconomynyc.org>
**Subject:** Ruane -- Any word from your client?

Cindy,

Any word from your client?

Brian

Virus-free. www.avast.com

This e-mail message (and any attachments) from Troutman Sanders LLP may contain legally privileged and confidential information solely for the use of the intended recipient. If you received this message in error, please delete the message and notify the sender. Any unauthorized reading, distribution, copying, or other use of this message (and attachments) is strictly prohibited.