

December 14, 2018

Via ECF
Honorable Peggy Kuo
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** *Ruane v. Bank of America, N.A., et al.*, Case No. 17-CV-3704 (PKC) (PK)
    **Request for extension of time and longer page limit**

Dear Judge Kuo:

The undersigned, along with Bromberg Law Office, P.C., represents Plaintiff in this action. Please allow this letter to serve as a request on consent to extend Plaintiff's deadline to reply to Defendants Early Warning Services, LLC ("EWS")' and Bank of America, N.A.'s opposition to Plaintiff's Motion to Amend the First Amended Complaint from December 17, 2018 to December 28, 2018, and to extend Plaintiff's page limit from 5 pages to 12 pages. Counsel for all Defendants consent to this request.

Plaintiff makes this request – her first – because EWS' brief opposing her motion to amend reads essentially as a brief in support of a 12(b)(6) motion to dismiss, and in fact borrows extensively from EWS' actual brief in support of its 12(b)(6) motion to dismiss. Plaintiff would therefore like to be able to respond to EWS' arguments accordingly.

We appreciate the Court's consideration of this request.

Sincerely,
*/s/ Susan Shin*
Susan Shin, Esq.

CC: All counsel of record (via ECF)