

January 16, 2019

VIA ECF
Honorable Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   *Ruane v. Bank of America, N.A., Chex Systems, Inc., and Early Warning Services, LLC*, 1:17-cv-03704-PKC-PK

Dear Judge Kuo:

The undersigned, along with Bromberg Law Office, P.C., represents Plaintiff Adiaha A. Ruane in the above-referenced litigation. In accordance with Your Honor's January 7, 2019 Order, the parties have conferred and respectfully submit for your consideration and approval the following proposed deadlines for the Defendants to answer or otherwise respond to the Second Amended Complaint, filed on January 11, 2019, and for briefing of any motions to dismiss:

    February 11, 2019 – Deadline for Defendants to answer or otherwise respond to the Second Amended Complaint, including filing of any motions to dismiss

    March 1, 2019 – Deadline for filing response to any motions to dismiss

    March 8, 2019 – Deadline for filing replies regarding any motions to dismiss

Respectfully,
/s/ *Eve Weissman*
Eve Weissman, Esq.

cc: All counsel of record (via ECF)