

101 Park Avenue, 17th Floor
New York, NY 10178
Tel (212) 878-7900  Fax (212) 692-0940
www.foxrothschild.com

JOHN A. WAIT
Direct No:  212.878.7907
Email: JWait@FoxRothschild.com

March 22, 2019

**VIA ECF**

Magistrate Judge Peggy Kuo
United States District Court
Eastern District Of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     **Ruane v. Bank of America, N.A. et al.: 17-cv-3704**

Dear Judge Kuo:

As Your Honor is aware, this Firm represents Defendant Chex Systems, Inc. ("Chex") in the above-referenced action. On January 18, 2019, the parties jointly requested a 120 day extension of the discovery deadlines [D.E. 88], which was so-ordered by the Court on January 23, 2019 [D.E. 90]. In the updated, proposed discovery plan attached to this request [D.E. 88], the parties inadvertently failed to include an updated date for expert disclosures. Accordingly, the parties respectfully request that this deadline, which is currently set for March 24, 2019, be extended 120 days to July 22, 2019. This new date is reflected in a corrected, proposed discovery plan, which is annexed hereto as Exhibit A.

We thank the Court for its attention to this matter.

Respectfully submitted,

John A. Wait

cc:     All Counsel By ECF

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Minnesota
Nevada   New Jersey   New York   North Carolina   Pennsylvania   South Carolina   Texas   Washington