Case Number: 1:17-CV-03704 (PKC) (PK)

# PROPOSED DISCOVERY PLAN

|  | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| **A. ACTIONS REQUIRED *BEFORE* THE INITIAL CONFERENCE** | | | |
| 1. Rule 26(f) Conference held | X | | 12/29/17 |
| 2. Rule 26(a)(1) disclosures exchanged | X | | 1/8/18 |
| 3. Requests made: | | | |
|     a. Medical records authorization | | | |
|     b. Section 160.50 releases for arrest records | | | |
|     c. Identification of John Doe/Jane Doe defendants | | | |
|     d. Proposed Stipulation of Confidentiality | X | | So Ordered 5/17/18 |
| 4. Procedures for producing Electronically Stored Information (ESI) discussed | | | |
| **B. SETTLEMENT** | | | |
| 1. Plaintiff to make settlement demand | X | | 6/11/18 |
| 2. Defendant to make settlement offer | X | | 7/9/18 |
| 3. Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date to be completed) | | | |
| 4. Settlement Conference (proposed date) | | | |
| **C. PROPOSED DEADLINES** | | | |
| 1. Motion to join new parties or amend pleadings | X | | 4/9/18 |
| 2. Initial documents requests and interrogatories* | X | | served 2/8/18 |
| 3. All fact discovery to be completed (including disclosure of medical records) | | | 6/10/19 |
| 4. Joint status report certifying close of fact discovery and indicating whether expert discovery is needed | | | 6/10/19 |
| 5. Expert discovery (only if needed)    Check here if not applicable ☐ | | | |

\*Initial discovery responses are still being exchanged between the parties, including but not limited to discovery that is subject to the Court's directives at the 09/26/18 hearing. Pl. served initial discovery requests on EWS 09/21/18; EWS served initial discovery requests on Pl. 10/22.

Rev. 9-14-18

| | | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|---|
| | Plaintiff expert proposed field of expertise: | | | 7/22/19 |
| | Defendant expert proposed field of expertise: | | | 7/22/19 |
| | a. Case-in-chief expert report due | | | 9/5/19 |
| | b. Rebuttal expert report due | | | 10/21/19 |
| | c. Depositions of experts to be completed | | | 12/5/19 |
| 6. | Completion of ALL DISCOVERY | | | 1/6/20 |
| 7. | Joint status report certifying close of all discovery and indicating whether dispositive motion is anticipated | | | 1/6/20 |
| 8. | If District Judge requires Pre-Motion Conference, date to make request | | | 2/5/20 |
| 9. | If District Judge does not require Pre-Motion Conference, date to submit briefing schedule | | | |
| 10. | Joint Pre-Trial Order due (if no dispositive motion filed) | | | 3/23/20 |

### D. CONSENT TO MAGISTRATE JUDGE JURISDICTION

| | | |
|---|---|---|
| 1. | All parties consent to Magistrate Judge jurisdiction for dispositive motion? | ☐ Yes  ☒ No |
| 2. | All parties consent to Magistrate Judge jurisdiction for trial? | ☐ Yes  ☒ No |

### E. COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY

| | | | |
|---|---|---|---|
| 1. | Motion for collective action certification in FLSA cases | | |
| | a. Response due | | |
| | b. Reply due | | |
| 2. | Motion for Rule 23 class certification | | |
| | a. Response due | | |
| | b. Reply due | | |

This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.

SO ORDERED:

_____                    _____
PEGGY KUO                                          Date
United States Magistrate Judge

Rev. 9-14-18