UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
                                                                 :
ADIAHA A. RUANE,                                                 :   No. 17-CV-3704 (PKC) (PK)
                                                                 :
                                    Plaintiff,                   :
                                                                 :
            – against –                                          :
                                                                 :
BANK OF AMERICA, N.A., CHEX SYSTEMS,                             :
INC., and EARLY WARNING SERVICES, LLC,                           :
                                                                 :
                                    Defendants.                  :
                                                                 :
---------------------------------------------------------------- X

Notice of Deposition under Fed. R. Civ. P. 30(b)(1) on Tom Jordan

TO:   Contantine A. Despotakis, Esq.
      Aaron Weisberg, Esq.
      Wilser, Elser, Edelman & Dicker, LLP
      1133 Westchester Avenue
      White Plains, NY 10604

PLEASE TAKE NOTICE that, under Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiff Adiaha A. Ruane, by and through her attorneys, New Economy Project and Bromberg Law Office, P.C., will conduct a deposition of Defendant Bank of America, N.A.'s employee **Tom Jordan** (the "deponent") on May 29, 2019 at 10:00 a.m.

Said deposition will be held **at the offices of Caseworks, 6000 Fairview Road, Suite 1273, Charlotte, NC 28210**. The deposition will be conducted before a notary public or other officer authorized to administer oaths and will be recorded by stenographic means. The deposition will be taken pursuant to the Federal Rules of

1

Civil Procedure and will continue from day to day until completion. Plaintiff's counsel will be appearing by teleconference.

A list of all parties or attorneys for parties on whom this notice of deposition is being served is shown on the accompanying Certificate of Service.

Date: April 22, 2019
New York, New York

Respectfully served,

By: Eve Weissman
One of Plaintiff's Attorneys

<u>Attorneys for the Plaintiff</u>

Eve Weissman
Susan Shin
121 West 27th Street, #804
New York NY 10001
(212) 680-5100

Brian L. Bromberg
Bromberg Law Office, P.C.
26 Broadway, 21st Floor
New York, NY 10005
(212) 248-7906

Certificate of Service

I hereby certify that on this day I served the foregoing document on the following parties by first-class mail and email to:

Aaron Weissberg, Esq.
1133 Westchester Avenue
White Plains, NY 10604          Email: aaron.weissberg@wilsonelser.com

Constantine A. Despotakis, Esq.
1133 Westchester Avenue
White Plains, NY 10604          Email: constantine.despotakis@wilsonelser.com

Alexandra L. Sobol, Esq.
Fox Rothschild
101 Park Avenue, 17th Floor
New York, NY 10178              Email: asobol@foxrothschild.com

John A. Wait, Esq.
Fox Rothschild
101 Park Avenue, 17th Floor
New York, NY 10178              Email: jwait@foxrothschild.com

Amanda Lyn Genovese, Esq.
Troutman Sanders LLP
875 Third Avenue
New York, NY 10022              Email: amanda.genovese@troutmansanders.com

Cindy D. Hanson, Esq.
Troutman Sanders LLP
600 Peachtree Street, NE
Atlanta, GA 30308               Email: cindy.hanson@troutman.com

Meagan A. Mihalko, Esq.
Troutman Sanders LLP
1001 Haxall Point
Richmond, VA 23219              Email: meagan.mihalko@troutman.com

Date: April 22, 2019
      New York, New York

*Eve Weissman*
Eve Weissman
One of Plaintiff's Attorneys