UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

—————————————————————————x

ADIAHA RUANE,                                  :
                                               :
                              Plaintiff        :
                                               :
             -against-                         :
                                               :
                                               :
                                               :  No. 17-CV-3704 (PKC)(PK)
BANK OF AMERICA, N.A., et al.,                 :
                                               :
                              Defendant(s),    :
—————————————————————————x

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

      Please take notice of the following attorney information change(s) for: BRIAN

LEWIS BROMBERG


OLD INFO:          FIRM NAME: Bromberg Law Office, P.C.
                   FIRM ADDRESS: 26 Broadway, 21st Floor, NY, NY 10004
                   FIRM TELEPHONE NUMBER: 212-248-7906
                   FIRM FAX NUMBER: 212-248-7908

NEW INFO:          FIRM NAME: Bromberg Law Office, P.C.
                   FIRM ADDRESS: 26 Broadway, **27th Floor**, NY, NY 10004
                   FIRM TELEPHONE NUMBER: 212-248-7906
                   FIRM FAX NUMBER: 212-248-7908


Dated: June 2, 2019

                              /s/ Brian Lewis Bromberg
                                Brian Lewis Bromberg