# UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUANE,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>BANK OF AMERICA, N.A. et al.,<br><br>　　　　　　Defendants. | Case No.: 1:17-cv-03704-PKC-PK<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:**

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant Early Warning Services, LLC.

I request that that copies of all the papers in this action be served upon me at the office, post office address, and/or e-mail address stated below.

Dated: June 25, 2019
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　**TROUTMAN SANDERS LLP**

　　　　　　　　　　　　　　　　　　　　*/s/ Stephen J. Steinlight*
　　　　　　　　　　　　　　　　　　　　Stephen J. Steinlight
　　　　　　　　　　　　　　　　　　　　875 Third Avenue
　　　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 704-6000
　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 704-6288
　　　　　　　　　　　　　　　　　　　　stephen.steinlight@troutman.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Early Warning Services, LLC*