Troutman Sanders LLP
875 Third Avenue
New York, New York  10022



troutman.com

**Amanda Lyn Genovese**
amanda.genovese@troutman.com

June 25, 2019

**VIA CM/ECF**

Hon. Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn New York 11201

    **Re:**    *Ruane v. Bank of America, N.A., et al.*
                1:17-cv-03704-PKC-PK

Dear Judge Chen:

I write to respectfully request that this Court instruct the Clerk to withdraw my appearance on behalf of the Defendant Early Warning Services, LLC in the above-referenced case.

I will no longer be affiliated with Troutman Sanders LLP, effective June 27, 2019.  Troutman Sanders LLP will remain as counsel of record for the Defendant.

Respectfully submitted,


*s/Amanda Lyn Genovese*
Amanda Lyn Genovese


cc: All Counsel of Record via CM/ECF